1 Robert C. Kain, JR. (pro hac vice)
2 rkain@complexip.com
  Nicole Valdivieso (pro hac vice)
3 nvaldivieso@complexip.com
4 KAIN SPIELMAN, P.A.
  900 Southeast 3rd Avenue, Ste. 205
5 Fort Lauderdale, FL 33316
6 Telephone: (954) 768-9002
  Facsimile: (954) 768-0158
7
8 Jonah A. Grossbardt (SBN 283584)
  Schneider Rothman I.P. Group, PLLC
9 10250 Constellation Blvd., Suite 100
10 Los Angeles, CA 90067
   Telephone: (323) 364-6565
11 Facsimile: (561) 404-4353
12 E-mail: Jonah.Grossbardt@SRIPLaw.com
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL DESIGNS CORPORATION, a Florida limited liability corporation and HAIRTALK GmbH, a limited liability company of Germany,<br><br>      Plaintiffs,<br><br>vs.<br><br>HAIR ART INT'L, INC., a California company,<br><br>      Defendant. | **Case No. 2:17-cv-08411-GHW(PJWx)**<br><br>**SUPPLEMENTAL PROTECTIVE ORDER BY STIPULATION**<br><br>**Claim Construction Discovery Ends: July 27, 2018**<br>**Claim Construction Brief Due: Aug. 10, 2018**<br>**Claim Construction Hearing: Sept. 17, 2018**<br>**Expert Witness Reports Due: Sept. 28, 2018**<br>**Discovery Ends: Nov. 16, 2018**<br>**Trial Date: Jan. 15, 2019** |

1
**SUPPLEMENTAL PROTECTIVE ORDER BY STIPULATION**

## I. Introduction

BY STIPLUTION, the parties hereto, plaintiffs, INTERNATIONAL DESIGNS CORPORATION, LLC, and HAIRTALK GmbH, (collectively referred to as "PLAINTIFFS") and Defendant HAIR ART INT'L, INC. (herein "HAIR ART") hereby stipulate and agreed to this Supplemental Protective Order.

On March 12, 2018, Magistrate Judge Walsh entered a Stipulated Protective Order, ECF No. 47 (herein the "SPO"), which referred to "Exhibit A" to be used by non-party experts who may be provided CONFIDENTIAL ATTORNEYS-EYES-ONLY ("AEO") materials. However, Exhibit A was never attached to the SPO, ECF No. 47.

By this stipulated Supplemental Protective Order, the parties agree to use Exhibit A, attached. The parties request that the Court enter this Supplemental Protective Order and incorporate by reference Exhibit A into the SPO.

## II. Basis

With respect to the missing "Exhibit A", the SPO provides:

> Such [expert witness] persons shall also be advised of the terms of this Stipulated Protective Order, be provided with a copy of this Stipulated Protective Order, and execute an Agreement to be bound by Protective Order in the form attached hereto as Exhibit A before any Confidential Information is disclosed to them. If the parties cannot agree, the party seeking to disclose the information marked "Confidential - Attorneys' Eyes Only" at or in preparation of a witness for a deposition shall not do so without first obtaining Court approval pursuant to the applicable Local Rules;

SPO, pg. 9, line 3.

> 10. Agreement to Be Bound. Each person permitted by the parties or their counsel to have access to designated information under the terms of this Order, shall, prior to being given such access, be provided with a copy of this Order for review. Upon receiving this Order, each person shall sign an "Agreement to Be Bound" (Exhibit A to this Order) indicating that he has read this Order and agrees to comply with its terms, provided, however, that partners and

employees of counsel of record as well as officers and personnel of the Court, shall be exempt from the requirement to sign the Exhibit A agreement. SPO, pg. 8, line 24 (see also SPO, pg. 16, line 13 regarding claw back of documents).

Exhibit A is attached hereto.

WHEREFORE, the Parties request that the Court enter this Supplemental Protective Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Dated: April 20__, 2018  /s/Rodney W. Wickers

Rodney W. Wickers, Esq. – SBN 74062
Rod@WickersLaw.com
Christina M. Wickers, Esq. – SBN 284613
Christina@WickersLaw.com
Alexandra L. Admans, Esq. – SBN 293826
Alex.Admans@WickersLaw.com
Law Office of Rodney W. Wickers
Skypark Atrium
2790 Skypark Drive
Suite 209
Torrance, California 90505
(310) 540-2520
(310) 540-0841 – Fax
Attorneys for Defendant

Dated: April _23__, 2018  /s/RobertKain

Robert C. Kain, Jr. (pro hac vice)
rkain@complexip.com
Nicole Valdivieso (pro hac vice)
Florida Bar No. 182346
Kain Spielman, P.A.
900 Southeast 3rd Avenue, Ste 205
Fort Lauderdale, FL 33316
Tel: 954.768.9002
Fax: 954.768.0158
Attorneys for Plaintiffs

3
**SUPPLEMENTAL PROTECTIVE ORDER BY STIPULATION**

Dated: April _23__, 2018

/s/JonahGrossbardt
Jonah A. Grossbardt
Schneider Rothman I.P. Group, PLLC
10250 Constellation, Blvd., Ste. 100
Los Angeles, CA 90067
Telephone: (646) 475-2515
Facsimile: (646) 275-2401
E-mail: Jonah.Grossbardt@SRIPLaw.com
Attorneys for Plaintiffs

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

Dated: April 24, 2018

_____
Honorable Patrick J. Walsh
United States Magistrate Judge

4
**SUPPLEMENTAL PROTECTIVE ORDER BY STIPULATION**

**EXHIBIT "A"**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERNATIONAL DESIGNS CORPORATION, and HAIRTALK GmbH,<br><br>          Plaintiffs,<br><br>vs.<br><br>HAIR ART INT'L, INC., a California company,<br><br>          Defendant. | Case No. 2:17-cv-08411-GHW(PJWx)<br><br>**EXHIBIT A**<br>**TO**<br>**SUPPLEMENTAL PROTECTIVE ORDER BY STIPULATION**<br><br>**Trial Date: Jan. 15, 2019** |

**AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

    I, _____, reside at _____. I am employed by _____ as _____.

    I have been provided with a copy of the Stipulated Protective Order entered by this Court in the case entitled *INTERNATIONAL DESIGNS CORPORATION, LLC, and HAIRTALK GmbH vs. HAIR ART INT'L, INC.*, Case No.:2:17-cv-8411, ECF No. 47 (the "Litigation"). I have read and understand the Stipulated Protective Order and I agree that I shall be bound by its terms. I agree with respect to all Confidential Information made available to me that I shall maintain it in strict confidence, I shall not disclose it to anyone except as authorized by the terms of the Stipulated Protective Order, and I shall use it only in connection with the Litigation.

    At the conclusion of all proceedings in the Litigation, I agree that I shall return all of the Confidential Information provided to me, all copies thereof, all summaries thereof, and all written comments concerning such information to the person or entity employing or retaining me, for further disposition consistent with the terms of the Stipulated Protective Order. I further agree to submit to the jurisdiction of the United States District Court, Central District, State of California, for the purposes of enforcing this agreement.

Dated: _____           _____[Signature]